UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.:4:08CV358-SPM/WCS

CAROL BLAKE, an individual, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.                                  **CLASS ACTION**

SMITH, THOMPSON, SHAW & MANAUSA,
P.A., a Florida professional association, and
DANIEL E. MANAUSA, an individual,

    Defendants.
_____/

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

THIS CAUSE comes before the Court on the Joint Motion of Plaintiff, Carol Blake, on behalf of herself and all others similarly situated, and Defendants, Smith, Thompson, Shaw & Manausa, P.A., a Florida professional association, and Daniel E. Manausa, an individual (hereinafter referred to collectively as "Collection Law Firm"), for preliminary approval of the Class Action Settlement Agreement. The Court being fully advised in the premises of the proposed Class Settlement,

    A.    Plaintiff and Defendants have entered into a Class Action Settlement Agreement ("Settlement Agreement"), attached to the Joint Motion as Exhibit "A".

    B.    The Settlement Agreement has been submitted to the Court for approval pursuant to Rule 23, Federal Rules of Civil Procedure.

C. Defendants have ceased the practice of sending letters in the form of Exhibit "A" attached to the Complaint ("Collection Communication") to Florida consumers and agrees to not use letters in the form of the Collection Communication in the future.

D. The parties agree that, pursuant to Rule 23, Federal Rules of Civil Procedure, the Court may certify a class consisting of (i) All persons with addresses in the state of Florida (ii) to whom letters in the same or substantially similar form represented by the Collection Communication (attached to the Complaint as Exhibit "A") were sent by the Collection Law Firm (iii) in an attempt to collect a debt incurred for personal, family, or household purposes (iv) which were not returned undelivered by the U.S. Post Office (v) during the one year period prior to the filing of the Complaint in this action through the date of the Settlement Agreement (the "Class Period"), and (vi) were not deceased.

E. Pursuant to the Settlement Agreement, the Collection Law Firm has agreed to

(1) Pay Fourteen Thousand Dollars ($14,000.00) ("Class Fund") to be divided on a *pro rata* basis by the Class Members;

(2) Pay a class representative incentive award in the amount of One Thousand Dollars ($1,000.00) to the named Plaintiff; and

(3) Pay in reasonable attorney's fees and costs to Class Counsel.

IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement is preliminarily approved.

2. The names and last known addresses of all class members shall be provided by Defendants to Plaintiff by May 25, 2009.

3. Notice in the form of Appendix "B" attached to the Joint Motion shall be mailed to class members by June 15, 2009.

4.     All opt-outs from, motions to intervene in, and objections to the proposed class action settlement shall be made on or before July 15, 2009.

5.      The Final Fairness Hearing will be conducted before the Honorable Judge Stephan P. Mickle, U.S. District Court for the Northern District of Florida, 401 SE First Avenue, Gainesville, Florida, in Courtroom # 2 on September 8 , 2009 at 1:30 p.m.

DONE AND ORDERED this 29th day of April,, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge